UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

JORGE CISNEROS JUAREZ,

    Plaintiff,

v.

PEPPER'S MIAMI BEACH, LLC
d/b/a PEPPER'S MEXICAN GRILL,
a Florida Limited Liability Company,
ASPIS GROUP, LLC d/b/a PEPPERS
AUTHENTIC MEXICAN, a Florida
Limited Liability Company, and
DAVID GONZALEZ, individually,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, PEPPER'S MIAMI BEACH, LLC d/b/a PEPPER'S MEXICAN GRILL, a Florida Limited Liability Company ("Peppers"), ASPIS GROUP, LLC d/b/a PEPPERS AUTHENTIC MEXICAN, a Florida Limited Liability Company ("Aspis"), and DAVID GONZALEZ, individually ("Gonzalez"), pursuant to 28 U.S.C. i§ 1441 and 1446, file their Notice of Removal of the above action pending in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, the district in which the action is pending.  In support of this Notice of Removal, Defendants respectfully state as follows:

    1.    On or about June 7, 2019, Plaintiff, Jorge Cisneros Juarez ("Plaintiff") filed a four-count Complaint against the Defendants in the Circuit Court of the Eleventh Judicial Circuit, in and

for Miami-Dade County, Florida, Case No. 2019-017116 CA . The Complaint alleges causes of for violations of the Florida Minimum Wage Act, § 448.110, Florida Statutes ("FMWA") against Peppers and Aspis (Count I), violations of the FMWA against Gonzalez (Count II), violations of the the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.,* against Peppers and Aspis (Count III), and violations of the FLSA against Gonzlaez (Count IV).

2. On June 28, 2019, Plaintiff served Defendant, Peppers with the Complaint. On July 15, 2019, Plaintiff served Defendants, Aspis and Gonzalez with the Complaint. Therefore, the time for filing this Notice of Removal under 28 U.S.C. § 1446(b) has not yet expired.

3. A true and correct copy of the Complaint and other documents served upon Defendants are filed herewith. No other pleadings or orders have been filed, entered, or served upon Defendants at this time.

4. A true and correct copy of Defendants' Motion for Extension of Time to Respond to Complaint, requesting an extension until August 9, 2019, is also filed herewith.

5. This lawsuit was brought pursuant to a federal statute, the FLSA. The action is therefore a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and one which may be removed by Defendants to this Court pursuant to 28 U.S.C. § 1441 and 1446..

6. Plaintiff's alleged state law claims under the FMWA fall within this Court's supplemental jurisdiction as said claims are related to Plaintiff's FLSA claims, for which this Court has original jurisdiction.

7. Defendants submit this Notice of Removal without waiving any defenses or affirmative defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

8. Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly provide written notice of the removal to Plaintiff and will file a copy fo this Notice and exhibits with the Circuit Court in and for Miami-Dade County, Florida.

9. Defendants respectfully request that the United States District Court for the Southern District of Florida accept this Notice of Removal and that it assume jurisdiction of this action.

WHEREFORE, Defendants respectfully request that this action be removed from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida.

>Respectfully submitted,
>**ROBERT H. YAFFE, P.A.**
>Counsel for Defendants
>11900 Biscayne Boulevard
> Suite 806
>Miami, Florida 33181
>(305) 749-2341
>robert@robertyaffe.com
>
>By:/s/   Robert H. Yaffe
>        Robert H. Yaffe
>        Fla. Bar No. 374271

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of July, 2019, a copy of the foregoing Notice of Removal was served by E-Mail upon: Anthony M. Georges-Pierre, Esq. (agp@rgpattorneys.com) and Max L. Horowitz, Esq. (mhorowitz@rgpattorneys.com), Reamer & Georges-Pierre, PLC, 44 West Flagler Street, Suite 2200, Miami, FL 33130, Counsel for Plaintiff.

>By:/s/   Robert H. Yaffe
>        Robert H. Yaffe